: 111A
ev. 1/75)

# CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89CV01157 |
|---|---|---|
| ROGER C. PETRO | ANDREW RAINES, ET AL. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/19/89 | 1 | COMPLAINT JURY DEMAND. summs iss to pltfs atty on 6/19/89 (10p) (JR) |
| 6/19/89 | 2 | INITIAL ord. Batchelder, J. iss 6/19/89 (4p) (JR) |
| /7/89 | 3 | SUMMONS retn. srv on Village of Northfield on 6/20/89; Andrew Raines, c/o Village of Northfiled on 6/20/89 both by cert mail. (2p) (JR) |
| 7/11/89 | 4 (7) | MOTION of deft for addl time to pld or resp to complt. c/m 7/10/89 (2p) (ord attach) (JR) |
| /11/89 | 5 | REQUESTS of pltf for adms to deft Village of Northfield. c/m 7/11/89 (7p) (JR) |
| /11/89 | 6 | REQUESTS of pltf for adms to deft Andrew Raines. c/m 7/11/89 (7p) (JR) |
| /12/89 | 7 (4) | MARGINAL Entry ord granting mot of deft for addl time to pld or resp to complt until 7/30/89. Batchelder, J. iss 7/12/89 (1p) (EOD 7/13/89) (JR) |
| 7/18/89 | 8 | SEPARATE Ans of deft Andrew Raines w/JURY DEMAND. c/m 7/17/89 (4p) (JR) |
| 7/18/89 | 9 | SEPARATE Ans of deft Village of Northfiled w/JURY DEMAND. c/m 7/17/89 (4p) (JR) |
| /18/89 | 10 | INTERROGATORIES (1st set) of pltf & req for prodctn of docmts to deft Andrew Raines. c/m 7/18/89 (18p) (JR) |
| /18/89 | 11 | INTERROGATORIES (1st set) of pltf & req for prodctn of docmts to deft Village of Northfield. c/m 7/18/89 (20p) (JR) |
| 8/16/89 | 12 | ANSWERS of pltf to interrs propounded by deft Raines. c/m 8/15/89 (13p) (JR) |
| 8/16/89 | 13 | PROOF of pltf of srv of ans to interrs propounded by deft Raines. c/m 8/15/89 (2p) (JR) |
| 8/18/89 | 14 | AMENDED resp of deft Village of Northfiled to pltf's req for adms. (2p)(no srv stated |
| 8/30/89 | 15 (16) | MOTION of deft for addl time to resp to pltf's disc. c/m 8/29/89 (2p) (JR) |
| 9/13/89 | 16 (15) | MARGINAL Entry ord granting mot of defts for addl time to resp to pltf's disc req until 9/19/89. BAtchelder, J. iss 9/13/89 (1p) (EOD 9/13/89) (JR) |
| 10/27/89 | 17 | NOTICE of deft Northfield Village of resps to pltf's disc reqs . c/m 10/27/89 (2p) (JR) |
| 1/16/90 | 18 | NOTICE of pltf to take depo of Andrew Raines on 2/8/90 at 1:00 p.m. c/m 1/16/90 (3p) (JR) |
| 1/16/90 | 19 | NOTICE of deft Northfield Village of srv of suppl resp to pltf's 1st req for prodctn of docmts. c/m 1/16/90 (1p) (JR) |
| /16/90 | 20 | NOTICE of deft Andrew Raines of srv of ans to pltf's 1st set of interrs & resp to 1st req for prodctn of docmts. c/m 1/16/90 (1p) (JR) |
| 2/12/90 | 21 | NOTICE of case set for stat conf on 4/5/90 at 9:00 a.m. ALL COUNSEL MUST BE PRESENT. iss 2/12/90 (1p) (JR) |
| 2/20/90 | 22 | PROOF of pltf of srv of 2nd set of interrs & req for prodcnt of docmts to deft Village of Northfield. c/m 2/16/90 (2p) (JR) |
| 2/20/90 | 23 | PROOF of pltf of srv of 2nd set of interrs & req for prodctn of docmts to deft Andrew Raines. c/m 2/16/90 (2p) (JR) |
| 3/21/90 | 24 | MOTION of defts for protective ord w/brf in supp. c/m 3/20/90 (8p + exh) (JR) |
| 3/21/90 | 25 | MOTION of defts for sj w/brf in supp. c/m 3/20/90 (13p + exh) (JR) |
| 3/21/90 | 26 (31) | MOTION of defts to stay disc w/brf in supp. c/m 3/20/90 (4p) (JR) |
| 3/28/90 | 27 (29) | MOTION of pltf for ext of time to file memo in opp to defts' mot for sj. c/m 3/28/90 (2p) (JR) |
| 3/28/90 | 28 (30) | MOTION of pltf for ext of time to file memo in opp to defts' mot to stay disc & mot for protective ord. c/m 3/28/90 (3p) (JR) |

CONTINUED

C 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89CV1157 |
|---|---|---|
| Petro, Roger C. | Raines, Andrew | PAGE ___ OF ___ PAGES |

| DATE | NR. | | PROCEEDINGS |
|---|---|---|---|
| 3/30/90 | 29 | (27) | MARGINAL Entry ord granting mot of pltf for ext of time to file memo in opp to defts' mot for sj until 4/14/90. Batchelder, J. iss 3/30/90 (1p) (EOD 3/30/90) (JR) |
| 3/30/90 | 30 | (28) | MARGINAL Entry Ord granting mot of pltf for ext of time to file memo in opp to defts' mot to stay disc & mot for protective ord. Batchelder, J. iss 3/30/90 (1p) (EOD 3/30/90) (JR) |
| 4/5/90 | 31 | (26) | MARGINAL Entry ord granting mot of defts to stay disc pending on a ruling on defts' mot for sj. Batchelder, J. iss 4/6/90 (1p) (EOD 4/6/90) (JR) |
| 4/16/90 | 32 | | MOTION of pltf for sj w/memo in supp. c/m 4/16/90 (34p + exh) (JR) |
| 4/16/90 | 33 | (36) | MOTION (2nd) of plt for ext of time to file memo in opp to defts' mot for protective ord. c/m 4/16/90 (3p) (JR) |
| 4/16/90 | 34 | | NOTICE of pltf of filing depo excerpt of Andrew Raines. c/m 4/16/90 (2p) (JR) |
| 4/16/90 | 35 | | DEPOSITION transc of Andrew Raines taken on behalf of pltf on 2/8/90 (70p) FEES:$--- (JR) |
| 5/1/90 | 36 | (33) | MARGINAL Ent Ord granting pltf's 2nd mot for ext of time to file memo in opp to defts' mot for protective ord. Batchelder, J. Issd 5/2/90 (EOD 5/2/90) (1 p) gw |
| 5/14/90 | 37 | (38) | MOTION of defts for ext of time to resp to pltf's mot for SJ w/brf. c/m 5/14/90 (3 p & attachment) gw |
| 5/14/90 | 38 | (37) | MARGINAL Ent Ord granting mot of defts for ext of time to 6/15/90 to resp to pltf's mot for SJ. Batchelder, J. Issd 5/15/90 (EOD 5/15/90) (1 p) gw |
| 5/18/90 | 39 | | MEMORANDUM of pltf in opp to defts' mot for ext of time to resp to pltf's mot for SJ. c/m 5/18/90 (3 p) gw |
| 6/15/90 | 40 | | MOTION of defts for ext of time to resp to pltf's mot for SJ. c/m 6/15/90 (2 p & attachment) gw |

**REFER TO COMPUTER DOCKET FOR SUBSEQUENT DOCKET ENTRIES**